# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS                    NO.   2022 CW 1213
SYSTEM K/D/S PROMIX, L.L.C.,
AND ACADIAN GAS PIPELINE
SYSTEM

VERSUS

TEXAS BRINE COMPANY, LLC                     **DECEMBER 29, 2022**

---

In Re:    Texas Brine Company, L.L.C., applying for supervisory
          writs,  23rd  Judicial  District  Court,  Parish  of
          Assumption, No. 34265.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND HESTER, JJ.**

    **WRIT   DENIED.**  The   criteria   set   forth   in **Herlitz
Construction  Co.,  Inc.  v.  Hotel  Investors  of  New  Iberia,
Inc.,** 396 So.2d 878 (La. 1981) *(per curiam),* are not met. At
the trial on the merits, Relator may proffer evidence of all
alleged "response costs" that it argues should be reimbursed.

                          **JMM**
                          **GH**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT